IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALAN CLEMENTS, | ) | |
| | ) | No. 08 C 2509 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Judge Hart |
| CHICAGO POLICE OFFICER JAMES | ) | |
| MOLONEY, Star No. 14332, and | ) | Magistrate Nolan |
| CHICAGO POLICE OFFICER | ) | |
| ALEJANDRO CABRAL, Star No. 4855, | ) | |
| | ) | Jury Trial Demanded |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To:  **Jeffrey J. Neslund**              **Michael David Robbins**
     Law Offices of Jeffrey J. Neslund    150 North Wacker Drive
     150 North Wacker Drive               Suite 2460
     Suite 2460                           Chicago, IL 60606
     Chicago, IL 60606

**PLEASE TAKE NOTICE** that on June 10, 2008, Defendant James Moloney filed his **AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Hart, or before such other judge sitting in his place, on the 18th day of June, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

I hereby certify that I have served this notice and the attached document by certified mail and electronic means, respectively, to the person(s) named above at the address(es) shown this 10th day of June, 2008.

/s/ Meghan K. Kennedy
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
312.744.9653
Atty. No. 6283230