UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Alan Clements
                        Plaintiff,

v.                                                  Case No.: 1:08–cv–02509
                                                           Honorable William T. Hart

James Moloney, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

      MINUTE entry before the Honorable William T. Hart:Motion hearing held. Defendant Moloney's agreed motion for extension of time to 7/18/2008 to file responsive pleadings and for stay of proceedings since defendant Cabral is on active military duty [7] is granted. Proceedings are stayed to 8/30/2008. Status hearing set for 9/10/2008 at 11:00 AM. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.