## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ALAN CLEMENTS, | ) | |
| | ) | Case No. 08 C 02509 |
| Plaintiff, | ) | |
| | ) | Judge Hart |
| | ) | |
| v. | ) | Magistrate Judge Nolan |
| | ) | |
| CHICAGO POLICE OFFICER JAMES MOLONEY, Star No. 14332, and CHICAGO POLICE OFFICER ALEJANDRO CABRAL, Star No.4855 | ) ) ) ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:  Michael D. Robbins                              Jeffrey J. Neslund
     Michael D. Robbins & Associates                 Law Offices of Jeffrey J. Neslund
     150 North Wacker Drive, Suite 2460              150 North Wacker Drive, Suite 2460
     Chicago, Illinois 60606                         Chicago, Illinois  60606

**PLEASE TAKE NOTICE** that on this 15th day of July 2008 I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT JAMES MOLONEY'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is herewith served upon you.

**I HEREBY CERTIFY** that I have served this notice and the attached document by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the person named above at the address shown this 15th day of July 2008.

                                        Respectfully submitted,

                                         /s/ Suyon Reed
                                         SUYON REED
                                         Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602

(312) 744-3283
(312) 744-6566 (Fax)
Atty. No. 6280973